|    |    |    |
|----|----|----|
| 1  | Steven H. Morrissett (CA Bar No. 073424) | ** E-filed March 16, 2011 ** |
| 2  | Gary C. Ma (CA Bar No. 221294) <br> FINNEGAN, HENDERSON, FARABOW, <br>  GARRETT & DUNNER, L.L.P. | |
| 3  | 3300 Hillview Avenue <br> Palo Alto, California 94304-1203 | |
| 4  | Telephone:    (650) 849-6600 <br> Facsimile:     (650) 849-6666 | |
| 5  | morrissett@finnegan.com <br> gary.ma@finnegan.com | |

Steven H. Morrissett (CA Bar No. 073424)
Gary C. Ma (CA Bar No. 221294)
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
3300 Hillview Avenue
Palo Alto, California 94304-1203
Telephone:    (650) 849-6600
Facsimile:     (650) 849-6666
morrissett@finnegan.com
gary.ma@finnegan.com

Attorneys for Plaintiffs Nuvoton Technology Corporation, Nuvoton Technology Corporation America, Winbond Electronics Corporation, and Winbond Electronics Corporation America

Ezekiel R. Dumke IV
Quinn Dumke, LLC
2150 S. 1300 E., Suite 500
Salt Lake City, UT 84106
Telephone:    (801) 746-2268
edumke@quinndumke.com

Attorneys for Defendants
AFTG-TG, L.L.C., Phillip M. Adams
& Associates, L.L.C., and Phillip M. Adams

** E-filed March 16, 2011 **

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NUVOTON TECHNOLOGY CORPORATION, a Taiwan corporation, NUVOTON TECHNOLOGY CORPORATION AMERICA, a California corporation, WINBOND ELECTRONICS CORPORATION, a Taiwan corporation, and WINBOND ELECTRONICS CORPORATION AMERICA, a California corporation, <br><br>            Plaintiffs, <br><br>    v. <br><br> AFTG-TG, L.L.C., a Wyoming limited liability company, PHILLIP M. ADAMS & ASSOCIATES, L.L.C., a Utah limited liability company, and Phillip M. Adams, an individual. <br><br>            Defendants. | CASE NO. CV 10-05983 HRL <br><br> [PROPOSED] ORDER GRANTING JOINT MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE |

1  Upon consideration of the motion filed by Plaintiffs Nuvoton Technology Corporation,
2  Nuvoton Technology Corporation America, Winbond Electronics Corporation, and Winbond
3  Electronics Corporation America, and Defendants Phillip M. Adams, Phillip M. Adams &
4  Associates, L.L.C., and AFTG-TG L.L.C., it is hereby ORDERED that the initial case management
5  conference is continued to   May 31, 2011   . All other deadlines set in the Order Setting
6  Initial Case Management Conference and ADR Deadlines [Dkt. No. 5] are adjusted accordingly.

DATED:  March 16, 2011

BY THE COURT:

_____
Magistrate Judge Howard R. Lloyd
United States District Court
Northern District of California